Marie L. SOWDER, Executrix of the Estate of Tony R. Sowder, Deceased; Tony R. Sowder, Deceased, Plaintiffs–Appellees,

v.

UNITED STATES of America, Defendant–Appellant.

No. 03–35112.

D.C. No. CV 02–00136 WFN.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 6, 2004.

Decided Aug. 18, 2004.

James J. Workland, Esq., Gary C. Randall, Esq., Workland & Witherspoon, PLLC, Spokane, WA, for Plaintiffs–Appellees.

James A. McDevitt, Esq., Office of the U.S. Attorney, Spokane, WA, Youngna Lee, Jonathan S. Cohen, Esq., Ellen P. Delsole, U.S. Department of Justice, Washington, DC, for Defendant–Appellant.

Before: HUG, TASHIMA, and PAEZ, Circuit Judges.

MEMORANDUM *

The United States appeals an order of the district court granting summary judgment in favor of Plaintiff/Appellee Marie Sowder, executrix of the estate of Tony R.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Sowder. We have *jurisdiction pursuant to* 28 U.S.C. § 1291, and we reverse and remand.

The district court denied the government's Federal Rule of Civil Procedure 56(f) motion seeking discovery regarding the decedent's intent.[1] We agree with the government that it should have the opportunity to conduct discovery in order to rebut the affidavits submitted by the estate. *See* Wash. Rev.Code § 11.108.010(4) (defining a marital deduction gift as "a gift intended to qualify for the marital deduction as indicated by a preponderance of the evidence including the governing instrument and extrinsic evidence whether or not the governing instrument is found to be ambiguous"). We therefore reverse the judgment of the district court and remand to the district court to permit the government to conduct discovery and to make a factual finding on the testator's intent.

**REVERSED and REMANDED.**

---

1. Because the parties are familiar with the facts and the proceedings below, we do not recite them here except as necessary to aid in understanding this disposition.

